SC

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Andrew Hershfeldt, ) | No. CV 07-0167-PHX-DGC (CRP) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Dora Schriro, et al., ) | |
| Respondents. ) | |

Petitioner Peter Andrew Hershfeldt, who is confined in the Arizona State Prison Complex-CACF in Florence, Arizona, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc.# 1.)[1] He has paid the $5.00 filing fee. The petition will be dismissed as impermissibly second or successive. 28 U.S.C. § 2244(b).

**I.    Procedural History.**

In 1995, Petitioner was sentenced to 22.5 years imprisonment for sexual assault and kidnapping. (Doc.# 1 at 1.) Petitioner filed a § 2254 petition in 1998. Hershfeldt v. Stewart, CV 98-0940-PHX-PGR. The Court adopted a Report and Recommendation of the Magistrate Judge and denied relief on May 4, 2001, which the Ninth Circuit affirmed, Hershfeldt v. Herman, 60 Fed. Appx. 698 (9th Cir. 2003). The Court subsequently denied Petitioner's motion to amend or reinstate his habeas action (doc.# 34, 35), which the Ninth Circuit also affirmed, Hershfeldt v. Goddard, 2006 WL 3077753 (9th Cir. 2006). On January 25, 2007, Petitioner commenced this action for habeas relief by filing a petition for writ of habeas corpus. (Doc.# 1.)

---

[1] "Doc.#" refers to the docket number of filings in the particular action.

TERMPSREF

## II. Second or Successive Petition

"Before a second or successive [habeas] application . . . is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(3)(A). Because Petitioner has not demonstrated that he has received authorization from the Ninth Circuit to file the current petition, this Petition will be dismissed as impermissibly second or successive.

**IT IS ORDERED** that the habeas petition is dismissed as impermissibly second or successive and the Clerk of Court should enter judgment accordingly. (Doc.# 1.)

DATED this 26th day of February, 2007.

_____
David G. Campbell
United States District Judge